```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOHN JONES,

                    Plaintiffs,

         -against-                         REFERRAL ORDER
                                           15-CV-111 (JS)(ARL)
SUFFOLK COUNTY
PARENTS FOR MEGAN'S LAW,

                    Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:    Erin Harrist, Esq.
                   Christopher Dunn, Esq.
                   Dana Wolfe, Esq.
                   New York Civil Liberties Union Foundation
                   125 Broad St.    19 Fl.
                   New York  NY 10004

                   Lawrence Spirn, Esq.
                   Jennifer Spirn, Esq.
                   150 Motor Pkwy.    #401
                   Hauppauge  NY 11788

For Defendants:    Rudolph Baptiste, Esq.
                   Suffolk Co. Attorney's Office
                   P.O. Box 6100
                   Hauppauge  NY 11788

                   Michael Miranda, Esq.
                   Andrew Lipkowitz, Esq.
                   Richard Epstein, Esq.
                   Miranda Sambursky Slone Sklarin & Verveniotis
                   240 Mineola Blvd.
                   Mineola  Ny 11501
```

SEYBERT, District Judge:

Plaintiff's proposed Order to Show Cause at Docket Entry 45 is REFERRED to Magistrate Judge Arlene Rosario Lindsay pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may

refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1 (E.D.N.Y. Mar. 4, 2011) (collecting cases); see also Pagano v. Frank, 983 F.2d 343, 346 (1st Cir. 1993); Hall v. Norfolk S. Ry. Co., 469 F.3d 590, 595 (7th Cir. 2006). The parties are directed to address all future filings related to this motion to Judge Lindsay.

SO ORDERED.

/S/
Joanna Seybert, U.S.D.J.

Dated: Jun. 3, 2015
       Central Islip, NY