

125 Broad Street, 19th Floor
New York, NY  10004
212.607.3300
212.607.3318
www.nyclu.org

August 31, 2015

**VIA ECF**

Honorable Arlene R. Lindsay
United States Courthouse
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

                Re: <u>Jones v. Suffolk County & Parents for Megan's Law, et al.</u>,
                    Docket No. 15-cv-0111 (JS) (ARL)

Dear Judge Lindsay:

      We represent the Plaintiff in the above-referenced action. In accordance with this Court's May 4 Order granting Plaintiff's motion to proceed under pseudonym in this litigation, the parties respectfully submit for Your Honor's consideration and approval the enclosed proposed Protective Order.

      We appreciate the Court's attention to this matter.

                              Respectfully submitted,

                              _____/s/_____
                              Erin Beth Harrist
                              Christopher Dunn
                              New York Civil Liberties Union

                              Larry Spirn
                              Spirn & Spirn, Esqs.

                              *Counsel for Plaintiff*

cc:    Rudolph Baptiste, Esq.
        Assistant County Attorney
        Suffolk County Department of Law
        *Counsel for Defendant Suffolk County*

        Michael A. Miranda, Esq.
        Richard Epstein, Esq.
        Miranda Sambursky Slone Sklarin Verveniotis LLP
        *Counsel for Defendant Parents for Megan's Law*