**COUNTY OF SUFFOLK**



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

<u>*VIA ECF*</u>

June 30, 2016

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

    **Re:**   *Jones v. Suffolk County et al.*
              Docket No. 15-CV-0111 (JS)(ARL)

Dear Judge Lindsay:

We represent Defendant County of Suffolk in this action and write in response to Plaintiff's letter motion dated June 13, 2016 requesting a settlement conference.

While the County does not believe that this matter can be settled at this time, we do agree with that portion of the plaintiff's letter which suggests that a conference with the Court, in order to discuss several outstanding discovery issues, would be beneficial to the parties.

Respectfully submitted,

Dennis M. Brown
County Attorney

   */s/ Marlene L. Budd*
By:   Marlene L. Budd
        Assistant County Attorney

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

■

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

■

(631) 853-4049
TELECOPIER (631) 853-5169

Letter to Judge Lindsay
June 30, 2016
Page 2 of 2

cc via ecf:	Erin B. Harrist, Esq.
Aadhithi Padmanabhan, Esq.
Christopher Dunn, Esq.
New York Civil Liberties Union
Larry F. Spirn, Esq.
*Counsel for Plaintiff*

Michael A. Miranda, Esq.
Richard Epstein, Esq.
Miranda Sambursky Slone Sklarin Verveniotis LLP
*Counsel for Defendant Parents for Megan's Law*