UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN JONES,<br><br>      Plaintiff,<br> v.<br><br>COUNTY OF SUFFOLK, PARENTS FOR MEGAN'S LAW<br><br>      Defendants. | Case No. 15-CV-0111 |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Aadhithi Padmanabhan seeks leave to withdraw as counsel for Plaintiff/Petitioner in this matter. This Court concludes that the motion be granted.

SO ORDERED:

_____
Hon. Arlene R. Lindsay
United States District Judge

Dated: May ___, 2019